MORRIS LEVINSON and Others, Respondents, v. BERNARD SHAPIRO, Appellant.— Order granting summary judgment to the plaintiffs and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

ELIZABETH V. LOEB, Appellant, v. WILLIAM LOEB and KATHERINE W. D. LOEB, Respondents.— Order granting defendants' motion for a bill of particulars reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The plaintiff relies upon a general course of conduct in an alienation action. The general rule applicable to such a pleading is that a bill of particulars may not be exacted with respect thereto. (*Kirby* v. *Kirby*, 34 App. Div. 25; *Ketcham* v. *Ketcham*, 32 id. 26; *Earle* v. *Earle*, 79 id. 631; *Van Olinda* v. *Hall*, 82 Hun, 357; *Carrie* v. *Davis*, 41 App. Div. 520.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

EUGENIE LOEB and EDMUND LOEB, Appellants, v. NASSAU ELECTRIC RAILROAD COMPANY and WILLIAM BRENNAN, Respondents, Impleaded with WILLIAM EGAN, Defendant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion, there was sufficient proof of the retainer and acceptance thereof by the trial justice as counsel for plaintiff, and all proceedings before him, therefore, were without jurisdiction and void. (*People* v. *Haas*, 105 App. Div. 119; *People* v. *Conner*, 142 N. Y. 130; *People* v. *Whitridge*, *No. 2*, 144 App. Div. 493; *Seaward* v. *Tasker*, 143 N. Y. Supp. 257 [not officially published]; *Oakley* v. *Aspinwall*, 3 N. Y. 547; *Elmira Realty Co.* v. *Gibson*, 103 App. Div. 140.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

WILLIAM H. LYNCH and ANNA M. CULLEN, as Executrix, etc., of THOMAS E. CULLEN, Deceased, Respondents, v. DWARD REALTY CO., INC., and Others, Defendants, Impleaded with STANLEY-MARK-STRAND CORPORATION, Appellant.— Order affirmed, without costs. The relief sought by the defenses stricken from the answer herein is available to the appellant under a statutory procedure provided in chapter 794 of the Laws of 1933, whereby section 1083-b is added to the Civil Practice Act. Therefore, it is unnecessary at this time to determine whether or not the court could accord the same relief under the interpretation of its powers and the Rules of Civil Practice invoked by the appellant. The declaration that the court has not such power, or has such power although dormant and not exercised for a long period of time, should await an action when such declaration is indispensable to a decision. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

KATHERINE B. MACNAUGHTON and WILLARD CARLISLE MACNAUGHTON, Respondents, v. BEE LINE, INC., Appellant, and UTILITY LINES, INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.